4

## PENALTY PAGE

| | |
|---|---|
| CASE STYLE: | U.S. v. PAUL H. HALL, AKA JEFF ADAMS |
| DEFENDANT: | PAUL HALL, AKA JEFF ADAMS - (All Counts) |
| USAO NO.: | 10R00364 |
| AUSA: | PATRICK JASPERSE, TRIAL ATTORNEY, U. S. DEP'T OF JUSTICE<br>GINA S. VANN, AUSA |

CODE VIOLATIONS:

| | |
|---|---|
| Counts 1-5: | 18 U.S.C. § 1343, Wire Fraud |
| Count 6: | 18 U.S.C. § 1341, Mail Fraud |
| Count 7: | 18 U.S.C. § 401(3), Criminal Contempt |

PENALTIES:

| | |
|---|---|
| Counts 1-5: | 20 yrs/$250,000/3 yrs SRT/$100 SA |
| Count 6: | 20 yrs/$250,000/3 yrs SRT/$100 SA |
| Count 7: | No statutory maximum prison sentence or fine/5 yrs SRT/$100 SA |